1024

THE STATE OF WASHINGTON, *Respondent*, v. MEKO DEAUNTE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00080-8, Linda CJ Lee, J., entered July 19, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[Nos. 45501-3-II; 45552-8-II; Division Two. March 10, 2015.] 45693-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES STEINER, *Appellant*.

*In the Matter of the Personal Restraint of* EDWARD JAMES STEINER, *Petitioner*.

Appeals from a judgment of the Superior Court for Clallam County, No. 13-1-00248-4, George L. Wood, J., entered October 23, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45658-3-II. Division Two. March 10, 2015.]

*In the Matter of the Guardianship of* LEON V. JENSEN.

*In the Matter of the* JENSEN 1980 TRUST AGREEMENT.

JOSEPHINE JENSEN PAPALEO, *as Trustee, Appellant*, v. NOVEMBER PAPALEO, *Appellant*, JODI WICKS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-4-00558-8, Robert A. Lewis, J., entered November 6, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J. Now published at 187 Wn. App. 325.